# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　Appellant,<br><br>　　　　v.<br><br>DIEGO FABIAN TIGASI VEGA,<br><br>　　　　Defendant-Appellee. | CA No. 25-2199 |

### APPELLANT'S UNOPPOSED MOTION TO DISMISS APPEAL

The United States of America respectfully moves for the voluntary dismissal of this appeal, pursuant to Federal Rule of Appellate Procedure 42(b)(2). The reasons for this unopposed motion are as follows:

1. On December 12, 2025, the district court entered an order granting Diego Fabian Tigasi Vega's motion to dismiss.

2. The United States timely filed a notice of appeal of the district court's order on December 12, 2025. The Court has not entered a scheduling order.

3. Upon further review and consultation, the United States has decided not to pursue its appeal from the district court's order granting Tigasi Vega's motion to dismiss.

4. Counsel for the United States has conferred with Jamesa Drake, who is counsel of record for Tigasi Vega, and Attorney Drake confirmed that Tigasi Vega does not object to the voluntary dismissal of the United States' appeal.

Consistent with the foregoing, the United States respectfully requests that this Court dismiss its appeal.

Dated: January 20, 2026                    Respectfully submitted,

                                                                  ANDREW B. BENSON
                                                                  United States Attorney

By:    */s/ Lindsay B. Feinberg*
        Lindsay B. Feinberg
        Assistant U.S. Attorney

**Certificate of Service**

I hereby certify that on January 20, 2026, I caused the foregoing motion to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Jamesa J. Drake
Drake Law LLC
P.O. Box 56
Auburn, ME 04212

                                                    ANDREW B. BENSON
                                                    United States Attorney

By:    */s/ Lindsay B. Feinberg*
        Lindsay B. Feinberg
        Assistant U.S. Attorney